# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN WIRE GROUP, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00253 |
| ) | |
| WTEC HOLDINGS CORP. d/b/a WTEC ) | Hon. Matthew F. Kennelly |
| ENERGY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Wire Group, LLC ("Plaintiff" or "AWG"), by its attorneys, Fox Swibel Levin & Carroll, LLP, and Defendant WTEC Holdings Corp. d/b/a WTEC Energy ("Defendant" or "WTEC"), by its attorneys, Kelley Drye Warren LLP, hereby stipulate and agree that the above-captioned lawsuit shall be dismissed with prejudice. Plaintiff and Defendant agree that each shall bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: March 3, 2023                Respectfully submitted,

                                    AMERICAN WIRE GROUP, LLC

                                         /s/ Daniel A. Dorfman
                                    One of its Attorneys

                                    Daniel A. Dorfman
                                    Richard S. Wilson
                                    **Fox Swibel Levin & Carroll LLP**
                                    200 West Madison Street, Suite 3000
                                    Chicago, Illinois 60606
                                    (312) 224-1200
                                    ddorfman@foxswibel.com
                                    rwilson@foxswibel.com

1

WTEC HOLDINGS CORP. d/b/a WTEC ENERGY

*/s/ Mark A. Konkel*
One of its Attorneys

Mark A. Konkel
Steven R. Nevolis
Rachel L. Goot
**Kelley Drye Warren LLP**
3 World Trade Center
175 Greenwich Street
New York, New York 10007
(212) 808-7959
mkonkel@kelleydrye.com
snevolis@kelleydrye.com
rgoot@kelleydrye.com

2

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on March 3, 2023, he caused the foregoing to be filed with the CM/ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

                                                       */s/ Daniel A. Dorfman*